UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: [handwritten, illegible]

Debtor

Case No.:
Chapter:

# Corporate Ownership Statement

Pursuant to Fed. R. Bankr. P. 1007(a)(1), and to enable the Judge to evaluate possible disqualification or recusal, the Debtor states that:

☐ the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

OR

☒ there are no such entities to report.

I, [William J. Foley], of [handwritten, illegible] declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my information and belief.

Dated: 4/15/14

By: [signature]

William J. Foley   Authorized
Printed Name and Title                Agent

Print Form