Marc Rassbach
PO Box 39
Milwaukee, WI  53201-0039

FILED-MAIL
2014 APR 18 AM 11: 32
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

April 16th, 2014

Judge G. Michael Halfenger
126 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, Wisconsin
53202-4581

Judge Halfenger:

You have before you 14-24438-gmh William John Foley and 14-24439-gmh Layton & Howell Sandwich Kings, Inc.

I am writing you today due to the fact that Mr. Foley has accused me of a Class I Felony because the settlement money of Waukesha 2012sc0400 he claims is stolen. Because of this obvious error in the filings of Milwaukee 2013cv2944 I had informed Mr. Foley that he would be billed for my time to correct this error on his part – I can not correct this error in the court record as an amicus brief until the case goes to appeal.   The debt I am therefore owed as part of the best defense is a good offensive pro active actions to avoid a Class I felony fight have not been included in 14-24438-gmh and this debt needs to be included.

What you may find "interesting" is Milwaukee 2013CV2944 – a dispute where the Ex General Manager William Foley took the keys of the various Suburpia businesses and equipment and started new corporations and then deposited the daily tills to the new Corporations.  Using the locations and equipment from his ex-employer Sandwich Kings LLC.  An example of the odd ownership claims can be found starting at 3 hours 15 mins of the Milwaukee LICENSES COMMITTEE on 2014-02-17 8:30 AM here http://milwaukee.granicus.com/MediaPlayer.php?view_id=2&clip_id=516 At 3:27 Mr. Foley discusses the ownership – ownership that is not reflected in the paperwork in your Courtroom. Perhaps contact with Molly Foley would be in order?
http://www.wisbar.org/directories/pages/lawyerprofile.aspx?Memberid=1035244
If you look at just the orders of Milwaukee 2013CV2944 – you will note that the assets of 10853 W. Bluemound Road were awarded to Sandwich Kings LLC.  This award was based on the affidavit from Waukesha 2012SC400 where Mr. Foley claimed he was not now or had never been the owner of the various DBA Suburpia businesses. The paperwork you have states that assets can be found at a location already awarded to another.  The assets of 2264 N. Prospect/116 E Layton are in dispute – I'm rather sure there has to be some kind of law about not liquidating others assets...but I'm not a lawyer and you can only rule on the law brought before you.

And what else is "interesting" - there is an un-named business in the bankruptcy paperwork you have before you. The business at 612 North Water Street – within walking distance of your Courthouse.
http://www.onmilwaukee.com/dining/articles/suburpiadowntown.html
Note how Mr. Foley is the contact person of record WDFI Entity # W061638
WILLIAM J FOLEY
*2264 N PROSPECT AVE*
*MILWAUKEE , WI 53202*
All the businesses in question can be found here
https://www.wdfi.org/apps/CorpSearch/Results.aspx?type=Simple&q=sandwich+king

The final "interesting" bit - http://www.revenue.wi.gov/delqlist/Topten.htm   From that page

| | | | |
|---|---|---|---|
| FOLEY, WILLIAM | 1962 N PROSPECT AVE MILWAUKEE WI 53202-2141 USA | W,S,I | $1,402,220.42 |

Now I'm not sure how one can check the 50-100K liabilities box with the above debt listed – but perhaps you can take the time Judge and ask that question?

Not "interesting" but a factual error in his filings – All other names used by the Debtor is not correct. In Waukesha 2012SC400 you can see he was going by "Jack Foley" and if you wanted to make a point of asking questions the business of "Suburpia" has went by other names in different Court filings. I personally like how he lists his address as a lawyers office who was not his lawyer in Milwaukee 2011SC032208 – a case now missing from Wisc CCAP for some reason. The settlement of Milwaukee 2010CV015980 says DBA Suburpia Sandwiches, Inc – but WDFI S048885 Suburpia Sandwiches Inc was dissolved by the time of the settlement AND is a different person/group. These kinds of "oddities", "factual errors" or some other word that escapes me that begins with a P go on and on with Mr. Foley and his filings.

Judge, I do not envy your position in this matter – the simplist thing for your Court to do is to toss the filing like was done in the '09 Sandwich Kings LLC bankruptcy filings for a lack of proper paperwork and actually working with the Court. "Forgetting" to file things like the ownership stake in

| W061638 | WATER STREET SANDWICH KINGS, INC. | 08/12/2013 | Incorporated/Qualified/Registered 08/12/2013 |
|---|---|---|---|
| | 01 - Domestic Business | | |

or the 1.4 million to the State of Wisconsin does show either felonious intent or a old man in doteage that needs the State to appoint a guardian to watch over him and correct his actions. If you do opt to hold Mr. Foley's feet to a fire in your Courtroom, perhaps you will have better luck getting him to answer how the assets of 10853 W. Bluemound Road (Sandwich Kings LLC)/2264 North Prospect Ave (Sandwich Kings III LLC) and 116 E. Layton (Layton Sandwich Kings) ended up as assets listed in your courtroom given there was no filing with the state doing a merger or conversion per Wisc. Stat 183.1200.

The polite and charming staffer I spoke to stated I'd be receiving a response in writing and I look forward to your response about this written communication.

I remain


Marc Rassbach

Postscript:

Later in the day searching the public records I found this:

Pal Steel Company vs. William Foley   Jefferson County Case Number 2014SC000395

Foley, William - Defendant

| Date of Birth | Sex | Race [1] |
|---|---|---|

| Address | Address Updated On |
|---|---|
| 612 N Water St, Milwaukee, WI 53211 | 04-14-2014 |

And I felt the desire to "put a frame around this" for your honor:

Perhaps a call asking why they think Mr. Foley is at the Water Street address is in order, to help clarify why it that address is not listed in either 14-24438-gmh or 14-24439-gmh?

Pal Steel can be contacted
    414 S 3rd St, Palmyra, WI 53156
    (262) 495-4453

M. Rossbach
PO Box 39
Milwaukee WI
   53201-0039

SCANNED
APR 18 2014
U.S. MARSHALS SERVICE
MILWAUKEE, WI

MILWAUKEE WI 530
17 APR 2014 PM 4 L

Judge G. Michael Halfenger
126 US court house -
517 E Wisconsin Ave
Milwaukee WI 53202-4581

53202450426