THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 1, 2014


G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 11 |
| DATE: | April 30, 2014 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2014-24439 |
| DEBTORS: | Layton & Howell Sandwich Kings, Inc. |
| NATURE OF HEARING: | 1. Sandwich Kings, LLC, Layton Sandwich Kings, LLC and Three Sandwich Kings, LLC's motion to intervene and motion to dismiss<br>2. UST's motion to dismiss |
| APPEARANCES: | John Talsky, appearing for the debtor<br>Amy Ginsberg, staff attorney for Office of U.S. Trustee<br>Joan Shepard, appearing for Sandwich Kings, LLC, Layton Sandwich Kings, LLC and Three Sandwich Kings, LLC<br>William J. Foley, president of the debtor |
| COURTROOM DEPUTY: | Sara Hackbarth |

The court denied the Kings, LLC's motion to intervene, finding that they have standing to appear and be heard under 11 U.S.C. §1109.

The court then heard the testimony of Mr. Foley and the arguments of counsel. Based on the record before it, and for reasons more fully set forth in the electronic recording, the court found that the filing of the debtor's bankruptcy petition by a non-lawyer constituted the unauthorized practice of law and dismissed the debtor's case.

#####